Donna J. McCready
Friedman Rubin & White
1126 Highland Avenue
Bremerton, Washington 98337
Telephone: (360) 782-4300
Facsimile: (360) 782-4358

Jason E. Skala
Law Offices of Jason Skala
11517 Old Glenn Highway, Suite 202
Eagle River, Alaska 99577
Telephone: (907) 694-6633
Facsimile: (907) 694-6001

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAISY WOOD, Individually, and LESTER K. SYREN, as Personal Representative of the ESTATE OF FRANCIS BRIDGETTE ROCK,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:07-CV-00029-RRB<br><br>**STIPULATION FOR DISMISSAL** |

The parties, by and through their respective counsel, agree that the claims brought by plaintiff in this case against defendant shall be dismissed under Federal Rule of Civil Procedure 41(a)(1). All parties agree to bear their own costs and attorneys' fees, as the issues

STIPULATION FOR DISMISSAL
*Wood, et al. v. U.S.A., Case No. 3:07-CV-00029-RRB*
Page 1 of 3

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300

Case 3:07-cv-00029-RRB   Document 11   Filed 04/11/08   Page 1 of 3

1  presented in this action have been fully compromised and settled between the parties and there

2  are no further issues to be presented to the court for determination.

                            FRIEDMAN RUBIN & WHITE

/s/   Donna J. McCready
1126 Highland Avenue
Bremerton, Washington 98337
Telephone: (360) 782-4300
Facsimile: (360) 782-4358
E-mail: dmccready@frwlaw.us
Alaska Bar No. 9101003

LAW OFFICES OF JASON SKALA

/s/   Jason E. Skala
11517 Old Glenn Highway, Suite 202
Eagle River, Alaska 99577
Telephone: (907) 694-6633
Facsimile: (907) 694-6001
E-mail: jayskala@hotmail.com
Alaska Bar No. 0105031

Attorneys for Plaintiffs


NELSON P. COHEN
UNITED STATES ATTORNEY


By: /s/   Susan J. Lindquist
    Susan J. Lindquist
    Assistant U. S. Attorney

222 West 7th Ave., #9, Rm. 253
Anchorage, AK  99513-7567
Phone:  (907) 271-5071
Facsimile:  (907) 271-2344
E-mail:  susan.lindquist@usdoj.gov
Alaska Bar No. 9008053

STIPULATION FOR DISMISSAL
*Wood, et al. v. U.S.A., Case No. 3:07-CV-00029-RRB*
Page 2 of 3

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
(360) 782-4300

Case 3:07-cv-00029-RRB   Document 11   Filed 04/11/08   Page 2 of 3

**CERTIFICATE OF SERVICE**

I certify that on the _____ day of April 2008, a copy of the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE was served electronically on:

>Jason E. Skala
>Law Offices of Jason Skala
>11517 Old Glenn Highway, Suite 202
>Eagle River, AK  99577
>
>Susan J. Lindquist
>Assistant U.S. Attorney
>Office of the U. S. Attorney
>222 W. 7th Ave., #9
>Anchorage, AK  99513-7567

/s/   Donna J. McCready

W:\Wood v USA\PLED\Stipulation for Dismissal (080411).doc

STIPULATION FOR DISMISSAL
*Wood, et al. v. U.S.A., Case No. 3:07-CV-00029-RRB*
Page 3 of 3

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
(360) 782-4300

Case 3:07-cv-00029-RRB   Document 11   Filed 04/11/08   Page 3 of 3